

FILED
FEB 28 2017
Clerk, U.S. District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ROBIN BENSON,<br><br>Plaintiff,<br><br>v.<br><br>LINDA McCULLOCH, in her official capacity as Montana's Secretary of State, JONATHAN MOTL, in his official capacity as Montana's Commissioner of Political Practices, TIMOTHY FOX, in his official capacity as Montana's Attorney General,<br><br>Defendants. | Case No. 6:16-97-SPW<br><br>**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION AND EXTEND FILING DEADLINE FOR DEFENDANTS' RESPONSE BRIEF** |

Pending before the Court is a Stipulated Motion (Doc. 14) to (1) grant leave to Plaintiff to file a short, supplemental declaration stating that her intent to inform voters that she is a Republican will include the re-use of campaign signs she posted in Lincoln County during her 2014 campaign for Clerk and Recorder and (2) extend the deadline for Defendants to file a response to Plaintiff Benson's motion for preliminary injunction to **March 20, 2017**. For good cause appearing,

IT IS HEREBY ORDERED that the Stipulated Motion (Doc. 14) is **GRANTED**.

DATED this 28th day of February, 2017

SUSAN P. WATTERS
United States District Court