

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| ROBIN BENSON,<br><br>Plaintiff,<br><br>vs.<br><br>COREY STAPLETON, in his official capacity as Montana's Secretary of State, JONATHAN MOTL, in his official capacity as Montana's Commissioner of Political Practices, TIMOTHY FOX, in his official capacity as Montana's Attorney General,<br><br>Defendants. | CV 6:16-16-97-BLG-SPW<br><br>ORDER |

Upon the parties' Notice of Voluntary Dismissal Without Prejudice (Doc. 32), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs and attorney's fees.

IT IS FURTHER ORDERED that any pending motions are **DENIED** as moot.

DATED this 22nd day of May, 2017.

/s/ Susan P. Watters
Susan P. Watters
U. S. DISTRICT JUDGE